**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-60499-CIV-LENARD/WHITE

**EDWARD TIGER**,

     Plaintiff,

v.

**MAX OSCEOLA, Jr., et al,**

     Defendants.

_____/

**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE**
**JUDGE (D.E. 8)**

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 8), issued on May 7, 2010, recommending that, after conducting initial screening pursuant to 28 U.S.C. § 1915A, Plaintiff's complaint be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and barred by Heck v. Humphrey, 512 U.S. 477 (1994). Therein, the parties were provided with fourteen (14) days to file objections to the Report. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 8) is **ADOPTED**;

2.      Plaintiff's Complaint is **DISMISSED** for failure to state a claim pursuant to

28 U.S.C. § 1915(e)(2)(B)(ii) and by <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994);

3.       This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of May, 2010.

*Joan A. Lenard*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**